| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>FALLON, ELDON E | 2. Court or Organization<br><br>U.S.District Court,Louisiana | 3. Date of Report<br><br>05/22/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U. S. DISTRICT COURT<br>500 POYDRAS STREET - ROOM C456<br>NEW ORLEANS, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Ex-Officio Board Member/Past President | Louisiana Bar Foundation |
| 2. Board Member | Louisiana Supreme Court Historical Society |
| 3. Trustee | Testamentary Trust |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 24 A 11: 04 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 05/22/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Thompson-West (book royalty) | $ 492.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children See pp 25-27 of instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association Litigation Seminar, Panelist MDL | 1/5-7/06 -- Vail, CO (travel, housing and food) |
| 2. | American Bar Association, Panelist | 6/14 - 6/15/06 -- Fort Worth, TX (travel, housing and food) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 05/22/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 05/22/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  PARCEL #1, NOLA | C | Rent | K | W | | | | | |
| 2.  PARCEL #2, NOLA | C | Rent | K | W | | | | | |
| 3.  PARCEL #3, NOLA | C | Rent | | | sold | 6/5 | K | A | Deborah Thomas & Kevin Roby |
| 4.  PARCEL #4, NOLA | C | Rent | K | W | | | | | |
| 5.  PARCEL #5, NOLA | E | Rent | O | W | | | | | |
| 6.  PARCEL#6, MS (Pearl River County) | B | sold cows | O | W | | | | | |
| 7.  DUKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 8.  FIDELITY FUND COMMON STOCK | A | Dividend | K | T | | | | | |
| 9.  EMPIRE DISTRICT ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 10.  ANODARKA COMMON STOCK | A | Dividend | K | T | | | | | |
| 11.  VIAD COMMON STOCK | A | Dividend | J | T | | | | | |
| 12.  FINOVA COMMON STOCK | A | Dividend | J | T | | | | | |
| 13.  IRA - AM SOUTH | D | Dividend | N | T | | | | | |
| 14.  BANK ONE (IRA) | B | Dividend | K | T | | | | | |
| 15.  *SCHWAB MONEY MARKET ACCOUNT | D | Interest | N | T | | | | | |
| 16.  SAVING/FIDELITY HOMESTEAD ASSN' | A | Interest | J | T | | | | | |
| 17.  PARCEL #7, NOLA | B | Rent | | | sold | 12/11 | K | A | Cynthia & Norman |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 05/22/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | Guidry |
| 18. PARCEL #8, NOLA | B | Rent | | | sold | 8/9 | K | A | Samuel Bono |
| 19. PARCEL #9, NOLA | B | Rent | K | W | | | | | |
| 20. *TESTAMENTARY TRUST | | None | L | T | | | | | |
| 21. VANGUARD INDEX TRUST SMALL CAP STOCK PORTFOLIO (NAESX)MUTUAL | A | Dividend | K | T | | | | | |
| 22. LEGG MASON VALUE MUTUAL FUND | A | Dividend | K | T | | | | | |
| 23. NATIONSBANK CORP (BONDS) | B | Interest | K | T | | | | | |
| 24. *GNMA'S POOL (BONDS) | B | Interest | K | T | | | | | |
| 25. GENERAL ELECTRIC COMMON STOCK | A | Dividend | | | sold | 1/25 | K | B | |
| 26. PROCTOR & GAMBLE COMMON STOCK | A | Dividend | | | sold | 1/25 | K | A | |
| 27. EXXON MOBIL CORPORATION COMMON STOCK | A | Dividend | | | sold | 1/25 | K | A | |
| 28. CITIGROUP COMMON STOCK | A | Dividend | | | sold | 1/25 | J | A | |
| 29. HOME DEPOT COMMON STOCK | A | Dividend | | | sold | 1/25 | J | A | |
| 30. LOCKHEED MARTIN CORP COM | A | Dividend | | | sold | 1/25 | J | A | |
| 31. MCGRAW HILL, INC. | A | Dividend | | | sold | 1/25 | J | A | |
| 32. PEPSICO, INC. | A | Dividend | | | sold | 1/25 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 05/22/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33.  RAYTHEON CO. | A | Dividend | | | sold | 1/25 | J | A | |
| 34.  ROCKWELL COLLINS INC. COM | A | Dividend | | | sold | 1/25 | J | A | |
| 35.  SBC COMMUNICATIONS | A | Dividend | J | T | . | | | | |
| 36.  TEXAS INSTRUMENTS | A | Dividend | | | sold | 1/25 | J | A | |
| 37.  UNITED TECHNOLOGIES CP | A | Dividend | | | sold | 1/25 | K | A | |
| 38.  WELLS FARGO CORP | A | Dividend | | | sold | 1/25 | K | A | |
| 39.  FNMA MTG POOL | C | Interest | K | T | | | | | |
| 40.  BOSTON PROPERTIES INC COM | A | Dividend | | | sold | 1/25 | K | A | |
| 41.  ENTERPRISE PRODS PARTN COM [formerly GULFTERRA ENERGY]] | A | Dividend | | | sold | 1/25 | K | A | |
| 42.  OGE ENERGY CORP | A | Dividend | | | sold | 1/25 | K | A | |
| 43.  PLUM CREEK TIMBER DEPOSITARY UNIT | A | Dividend | | | sold | 1/25 | K | B | |
| 44.  VANGUARD FXD INC SECS INFL PROT SECS | A | Dividend | K | T | | | | | |
| 45.  VANGUARD GNMA PORTFOLIO | A | Dividend | L | T | | | | | |
| 46.  WASHINGTON MUTUAL INC COM | A | Dividend | | | sold | 1/25 | K | A | |
| 47.  ALUMINUM CO AMER | A | Dividend | | | sold | 1/25 | K | A | |
| 48.  BP AMOCO PLC SPONSORED ADR | A | Dividend | | | sold | 1/25 | J | A | |
| 49.  DEVON ENERGY CORP NEW COM | A | Dividend | | | sold | 1/25 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 05/22/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. DOW CHEMICAL CO | A | Dividend | | | sold | 1/25 | J | A | |
| 51. DUKE POWER CO | A | Dividend | | | sold | 1/25 | J | A | |
| 52. JOHN HANCOCK BK & THRIFT SH BEN INT | A | Dividend | | | sold | 3/15 | J | A | |
| 53. OIL STS INTL INC COM | A | Dividend | | | sold | 1/25 | J | A | |
| 54. PENN VA RES PARTNERS LP COM | A | Dividend | | | sold | 1/25 | K | B | |
| 55. PIMCO CORPORATE OPP FD COM | A | Dividend | | | sold | 5/4 | J | A | |
| 56. SAN JUAN BASIN ROYALTR UNIT BEN INT | A | Dividend | | | sold | 1/25 | K | B | |
| 57. SOUTHERN CO. | A | Dividend | | | sold | 1/25 | J | A | |
| 58. VANGUARD TOTAL STOCK MKT INDEX FUND | A | Dividend | M | T | | | | | |
| 59. MONEYGRAM INTERNATIONAL, INC. [Spin off of VIAD] | A | Dividend | J | T | | | | | |
| 60. CISCO SYSTEMS INC COMMON STOCK | A | Dividend | | | sold | 1/25 | J | A | |
| 61. DELL COMPUTER CORP COMMON STOCK | A | Dividend | | | sold | 1/25 | J | A | |
| 62. INTEL CORP COMMON STOCK | A | Dividend | | | sold | 1/25 | J | A | |
| 63. GLOBAL SANTE FE CORPS SHS (formerly GLOBAL MARINE, merged) | A | Dividend | | | sold | 1/25 | K | B | |
| 64. *SCHWABB MONEY MARKET FUND (See VIII for explanation) | C | Interest | N | T | | | | | |
| 65. BOEING CO. | A | Dividend | | | sold | 1/25 | J | A | |
| 66. EMERSON ELECTRIC CO. | A | Dividend | | | sold | 1/25 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 05/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. OIL STS INTERNAT'L INC.CO. | A | Dividend | | | sold | 1/25 | K | A | |
| 68. BANKAMERICA CORP. | A | Dividend | | | sold | 1/25 | K | B | |
| 69. HOME DEPOT | A | Dividend | | | sold | 1/25 | J | A | |
| 70. GNMA PASS-THRU X SINGLE FLY | C | Interest | K | T | | | | | |
| 71. AMB PROPERTY CORP COM | A | Dividend | | | sold | 1/25 | K | A | |
| 72. BAKER HUGHES INC | A | Dividend | | | sold | 1/25 | J | A | |
| 73. BANK AMERICA CORP | A | Dividend | | | sold | 1/25 | J | A | |
| 74. CHESAPEAKE ENERGY CORP. | A | Dividend | | | sold | 1/25 | J | A | |
| 75. DIAMOND OFFSHORE | A | Dividend | | | sold | 1/25 | K | A | |
| 76. ENI SPA SPONSORED ADR | A | Dividend | | | sold | 1/25 | J | A | |
| 77. HEALTH CARE PPTY INVS COM | A | Dividend | | | sold | 1/25 | J | A | |
| 78. INTEL CORP | A | Dividend | | | sold | 1/25 | J | A | |
| 79. ISHARES INC MSCI CDA INDEX | A | Dividend | | | sold | 12/18 | L | A | |
| 80. ISHARESTR DJ SEL DIV INX | A | Dividend | J | T | | | | | |
| 81. J P MORGAN CHASE & CO COM | A | Dividend | | | sold | 1/25 | J | A | |
| 82. J P MORGAN CHASE & CO COM | A | Dividend | | | sold | 1/25 | J | A | |
| 83. KERR MCGEE CORP | A | Dividend | | | sold | 1/25 | J | A | |

1. Income Gain Codes.   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 05/22/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 84.  OCCIDENTAL PETE CP DEL | A | Dividend | | | sold | 1/25 | K | A | |
| 85.  OIL SVC HOLDRS TR DEPOSTRY RCPT | A | Dividend | | | sold | 1/25 | K | B | |
| 86.  OI. SVC HOLDRS TR DEPOSTRY RCPT | A | Dividend | | | sold | 1/25 | J | A | |
| 87.  PIMCO CORPORATE INC FD COM | A | Dividend | | | sold | 5/4 | K | A | |
| 88.  SECTOR SPDR TR SBI INT-ENERGY | A | Dividend | K | T | | | | | |
| 89.  TEMPLE INLAND INC. | A | Dividend | | | sold | 1/25 | J | A | |
| 90.  TEXAS INSTRUMENTS | A | Dividend | | | sold | 8/31 | J | A | |
| 91.  USX--US STEEL | A | Dividend | | | sold | 1/25 | J | A | |
| 92.  AMERICAN INCOME FD INC COM | A | Dividend | L | T | purchased | 8/16 | L | | |
| 93.  ISHARES INC MSCI CDA INDEX | A | Dividend | L | T | purchased | 5/4 | K | | |
| 94. | | | | | sold | 12/18 | L | A | |
| 95.  ISHARES TR DJ SEL DIV INX | A | Dividend | L | T | purchased | 9/19 | L | | |
| 96.  ISHARES TR FTSE XNHUA IDX | A | Dividend | K | T | purchaed | 11/17 | K | | |
| 97.  ISHARES TR MSCI EAFE IDX | A | Dividend | L | T | purchased | 1/26 | L | | |
| 98.  OIL SVC HOLDERS TR DEPOSTRY RCPT | A | Dividend | L | T | purchased | 8/16 | L | | |
| 99.  PIMCO FDS PAC INVT MGM COMMD RL STR D | A | Dividend | L | T | purchased | 1/25 | M | | |
| 100.  PIMCO HIGH INCOME FD COM SHS | A | Dividend | L | T | purchased | 5/4 | L | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
3. Value Method Codes     P3 =$25,000,001 - $50,000,000     R =Cost (Real Estate Only)     P4 =More than $50,000,000     T =Cash Market
   (See Column C2)     Q =Appraisal     V =Other     S =Assessment
   U =Book Value     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 05/22/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. POWERSHARES ETF TRUST DYN EN EX PROD | A | Dividend | K | T | purchased | 5/4 | K | | |
| 102. POWERSHARES ETF TRUST WATER RESOURCE | A | Dividend | K | T | purchased | 3/15 | K | | |
| 103. | | | | | sold | 12/18 | K | A | |
| 104. SCHWAB CHRLES FAMILY VALUE ADVANTAGE | A | Dividend | M | T | purchased | 5/4 | M | | |
| 105. | | | | | sold | 8/16 | M | A | |
| 106. SECTOR SPDR TR SB1 INT-ENERGY | A | Dividend | K | T | purchased | 8/16 | K | | |
| 107. SELECT SECTOR SPDR TR INT-FINL | A | Dividend | K | T | purchased | 9/19 | K | | |
| 108. SPDR TR UNIT SER 1 | A | Dividend | N | T | purchased | 1/26 | N | | |
| 109. | | | | | sold | 5/22 | N | A | |
| 110. UNITED STATES TREAS BILLS | A | Dividend | M | T | purchased | 5/30 | M | | |
| 111. | | | | | partial sale | 8/31 | M | A | |
| 112. | | | | | partial sale | 11/30 | L | A | |
| 113. US GLOBAL INVESTORS FD GLOBAL RES FD | A | Dividend | M | T | purchased | 1/25 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 05/22/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS AND TRUSTS.

*****************************************

#14. Bank One (IRA) funds sold and replaced by Ameristock Mutual Fund, Marisco Focus Fund, MSIF Inc. Real Estate Fund, Navellier Mid Cap Fund, PBHC Mid Cap Fund, Pimco Total Return, Pacific Capital Small Cap Fund, Sentine High Yield Bond Fund, a total value of $42,150.84.

*****************************************

#20. Assets of Testmentary Trust.

(1) Trustee, with no direct personal interest, for Account of Testamentary Trust on deposit with Bank One, New Orleans, Louisiana. The interest income is paid pursuant to the terms of the Trust in monthly installments to decedent's widow, who is income beneficiary for life or remarriage: Turstee's two major ▮▮▮▮▮ are the principal beneficiaries of the Trust.

(2) Lot Lakeside Estates, Geneva County, Alabama, appraised value $600

*****************************************

#24. GNMA'S POOL BONDS is principle reduction on a government mortgage pool.

#64. SCHWABB MONEY MARKET FUND is funds in an IRA cash reserve with money in and out, similiar to a bank account. This fund is treated like a CD, and some of the funds are used to purchase other stocks, i.e., the value at beginning of the year was greater than the value at the end as the funds were reduced by purchase of more shares in fund.

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 05/22/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu[redacted] _____ Date___ 5/23/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544